UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Brian Trematore Plumbing & Heating, Inc.,

                                 Plaintiff,                    19-CV-9764 (KMK)
                                                          21-CV-9149

        -against-                                CALENDAR NOTICE

Walsh Construction Group, LLC, et al.,

                                 Defendants.
------------------------------------------------------------------------X

        Please take notice that the above captioned action has been scheduled for oral argument

on the Parties' Motions for Partial Summary Judgment before the Honorable Kenneth M.

Karas, United States District Judge, on Wednesday, February 14, 2024 at 11:00 a.m.  Counsel

shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free):

(888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the

pound sign (#).


Dated: January 11, 2024
       White Plains, New York

                                 So Ordered

                                 Kenneth M. Karas, U.S.D.J.