UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRIAN TREMATORE PLUMBING &
HEATING, INC.,

                     Plaintiff,

     -against-

WALSH CONSTRUCTION GROUP, LLC
and CONSIGLI CONSTRUCTION CO.,
INC. a/k/a WALSH/CONSIGLI JV,

                    Defendants.
------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE
WITH PREJUDICE**

Case No.:  7:19-cv-09764-KMK

Assigned Judge:
   Hon. Kenneth M. Karas

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
attorneys of record, that whereas no party is an infant or incompetent person for whom a committee
has been appointed and no person not a party has an interest in the subject matter of the action,
that this action and all claims, counterclaims, cross-claims and causes of action asserted herein are
hereby dismissed with prejudice and without costs as to any and all parties;

      **IT IS HEREBY FURTHER STIPULATED AND AGREED,** that this Stipulation may
be signed in counterparts and that electronic signatures or signatures by facsimile shall be deemed
as good as originals, and that it may filed without further notice with the Clerk of the Court.

DATED:  September 23, 2024

MACKEY, BUTTS & WHALEN LLP

By: _Christina A. Mazzarella_
Christina A. Mazzarella, Esq.
Attorneys for Plaintiff
319 Mill Street
Poughkeepsie, NY  12601
(845) 452-4000
cmazzarella@mbwlawyers.com

DATED:  September 16, 2024

HINCKLEY, ALLEN & SNYDER LLP

By: _Chad Caplan_
Chad J. Caplan, Esq.
Attorneys for Defendants
30 S. Pearl Street, Ste. 1101
Albany, NY 12207
(518) 396-3124
ccaplan@hinckleyallen.com